# United States District Court
## CIVIL MINUTES - GENERAL

Time: 1:33 - 2:07 p.m.　　　　　　　　　　　　　　　　　　　　　Case # 4:16cv780-RH
Date: January 5, 2017

### CHRISTOPHER MO ET AL v. MIKE CARROLL

DOCKET ENTRY:  TELEPHONIC SCHEDULING CONFERENCE held. Parties discuss the schedule for the preliminary injunction.  Ruling by Court: Response to the preliminary injunction motion is due by January 27, 2017.  Expedited discovery requests are to be served by January 11, 2017 and responded to by January 20, 2017.  A motion to proceed anonymously is due by January 19, 2017.  A response to class certification and a reply to the preliminary injunction is due by February 3, 2017.  A live witness list and exhibits is due by February 8, 2017.  The preliminary injunction hearing is set for February 15, 2017 at 9:00 am.  An order is forthcoming.

PRESENT:　　HONORABLE **ROBERT L. HINKLE**, U. S. DISTRICT JUDGE

　　　　　　　　Elizabeth Lawrence　　　　　　　　Judy Gagnon
　　　　　　　　Deputy Clerk　　　　　　　　　　　Court Reporter

ATTORNEY(S) APPEARING FOR PLAINTIFF:　　　ATTORNEY(S) APPEARING FOR DEFENDANT:

　　Petra Tasheff　　　　　　　　　　　　　　　William Stafford III
　　Cindy Huddleston　　　　　　　　　　　　　Karen Brodeen
　　Katherine Debriere
　　Kathy Grunewald

　　　　　　　　　　　　　　　　　　　　　　　　Initials of the Clerk:  ERL