UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER MO., KIMBERLY MO., MICHAEL WR.,
AND VIRGINIA WR. as next friend of Michael WR.,
individually and on behalf of others similarly situated,

      Plaintiffs,

v.                        Case No.: 4:16-cv-780-RH-CAS

MIKE CARROLL, in his official
Capacity as Secretary of Florida's
Department of Children and Families,

      Defendant.
_____/

**PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE TRIAL**

Pursuant to Rule 7.1(G) of the Local Rules for the Northern District of Florida, Plaintiffs move this Court to reschedule the date for trial, currently scheduled for September 5, 2017, to on or after November 1, 2017, depending on the calendar and availability of the Court.

As grounds therefor, Plaintiffs aver that they intend to conduct discovery, related to the claims of this action to include inquiry into the complex administration of the Able-Bodied Adults Without Dependents ("ABAWD") and Employment and Training ("E & T") work requirements

1

of the Supplemental Nutrition Assistance Program ("SNAP"). Discovery is expected to incorporate both production of documents and depositions, as well as the potential designation of expert witnesses. Rescheduling of the trial date will facilitate the timely and effective administration of discovery in this matter.

Plaintiffs have conferred with the Defendant, who does not oppose this motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion to Reschedule Trial.

                    Respectfully Submitted,

                    */s/ Cindy Huddleston*

                    Cindy Huddleston
                    Fla. Bar No.: 0383041
                    Kathy Grunewald
                    Fla. Bar No.: 0513090
                    Florida Legal Services, Inc.
                    2425 Torreya Drive
                    Tallahassee, FL 32303
                    Telephone: (850) 385-7900
                    Facsimile: (850) 385-9998
                    cindy@floridalegal.org
                    kathy@floridalegal.org

                    Katherine DeBriere
                    Fla. Bar No.: 58506

Northeast Florida Medical Legal Partnership
Jacksonville Area Legal Aid, Inc.
126 W. Adams Street
Jacksonville, FL 32202
Telephone: (904) 356-8371, ext. 333
Facsimile: (904) 356-8780
katy.debriere@jaxlegalaid.org


NATIONAL CENTER FOR
LAW & ECONOMIC JUSTICE
Greg Bass
Petra T. Tasheff
Francisca D. Fajana
275 Seventh Avenue, Suite 506
New York, NY 10001
Telephone: (212) 633-6967
mannix@nclej.org
fajana@nclej.org
tasheff@nclej.org
bass@nclej.org
Counsel for Plaintiffs and
Proposed Class Counsel

## CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 7.1(b)

Counsel for named Plaintiffs confirm that they have complied with the attorney-conference requirement of Local Rule 7.1(B) and that Defendant does not oppose this motion.

*/s/ Cindy Huddleston*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

*/s/ Cindy Huddleston*