## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

CHRISTOPHER MO. et al.,

       Plaintiffs,

v.                              CASE NO. 4:16cv780-RH/CAS

MIKE CARROLL, in his official
capacity as the Secretary of the
Florida Department of Children
 and Families,

       Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM TO PLAINTIFFS' RESPONSE MEMORANDUM TO DEFENDANT'S MOTION TO DISMISS

Defendant, Mike Carroll, sued in his official capacity as the Secretary of the

Department of Children and Families, moves this Court pursuant to N.D. Fla. Rule

7.1(I) for leave to file a reply memorandum to Plaintiffs' response memorandum to

Defendant's Motion to Dismiss.  In support of this Motion, Defendant states:

### Requested Relief

On March 6, 2017, Defendant moved to dismiss the Complaint. DE 63.

Plaintiffs were given an extension of time to file their response memorandum, which

was filed on March 30, 2017. (DE 68).  Defendant now seeks leave to file a reply memorandum.

## Memorandum of Law

"A party ordinarily may not file a reply memorandum in support of a motion." *See* N.D. Fla. Rule 7.1(I).  But a court may grant leave to file a reply memorandum in extraordinary circumstances. *Id.*

Extraordinary circumstances that warrant a reply memorandum is the extensive response filed by Plaintiffs.  The response memorandum, exclusive of the Table of Contents and certificates, is 34 pages. The Table of Contents lists 59 cases, 14 statutes, and 16 federal regulations.

Although a reply memorandum could not possibly address all of Plaintiffs' argument and supporting authorities, Defendant would like the opportunity to address select main arguments and citations.  Defendant does not seek an expansion of the 3,200-word count limit in N.D. Fla. Rule 7.1(I).  And as noted below, Plaintiffs do not oppose the instant motion.

## Conclusion

Based on the above, Defendant respectfully requests leave to file a reply memorandum to Plaintiff's Response Memorandum to Defendants' Motion to Dismiss.

## <u>CERTIFICATE OF ATTORNEY CONFERENCE</u>

In accordance with N.D. Fla. Rule 7.1(B) and (C), Karen Brodeen, counsel for Defendant, hereby certifies that she has communicated with Cindy Huddleston, counsel for Plaintiffs, about this request and is authorized to represent that Plaintiffs do not object to the requested relief of Defendant being authorized to file a reply memorandum.

*/s/ Karen A. Brodeen*
KAREN A. BRODEEN

Respectfully submitted on March 31, 2017.

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

*/s/ William H. Stafford III*
WILLIAM H. STAFFORD III
Florida Bar No. 70394
Senior Assistant Attorney General
William.Stafford@myfloridalegal.com

*/s/ Karen A. Brodeen*
KAREN A. BRODEEN
Senior Assistant Attorney General
Fla. Bar No.: 512771
Karen.Brodeen@myfloridalegal.com

Office of the Attorney General
Civil Litigation
The Capitol - PL 01
Tallahassee, FL 32399-1050
(ph) 850-414-3300
(f) 850-488-4872

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically with the court using CM/ECF on this 31st day of March, 2017.

/s/ William H. Stafford III
WILLIAM H. STAFFORD III

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

In accordance with Local Rule 7.1(F), the undersigned hereby certifies that the number of words in the above support memorandum totals 517 words.

/s/ William H. Stafford III
WILLIAM H. STAFFORD III